UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY CLIFFORD PAIGE,

           Petitioner,

  v.

UNITED STATES OF AMERICA,

           Respondent..

CASE NO.  C06-5042RJB
CR92-1781RJB

MINUTE ORDER  RE:
BRIEFING SCHEDULE

    NOW, on this 30th day of January, 2006, the Court directs the Clerk to enter the following Minute Order:

    Pursuant to the Petitioner's Motion to Set Aside Sentence/Conviction pursuant to 28: U.S.C. §2255, the United States shall file and serve an answer in accordance with Rule 5 of the Rules Governing §2255 Cases in United States District Courts not later than **March 3, 2006**.

    The respondent shall file the answer with the Clerk of the Court and serve a copy of the answer upon the petitioner or petitioner's counsel.  The answer, and all further pleadings shall include both the civil and criminal case numbers supplied in this order.

    Any reply by the petitioner shall be filed and served on or before Friday, **March 17, 2006.**

    The clerk shall note the 2255 motion on the court's calendar for Monday, **March 20, 2006.**

    The foregoing Minute Order entered by Dara Kaleel, by direction of the Honorable ROBERT J. BRYAN, United States District Judge